Form ntcdsm13

# UNITED STATES BANKRUPTCY COURT
Western District of Washington
700 Stewart St, Room 6301
Seattle, WA 98101

Case No.: 15−10852−TWD
Chapter: 13

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Alanna Grace Ellis
15130 238th Ave. SE
Issaquah, WA 98027

Social Security / Individual Taxpayer ID No.:
xxx−xx−3454

Employer Tax ID / Other nos.:

## NOTICE OF DISMISSAL

Notice is hereby given of the following order of the court entered on March 18, 2015:

**Ex Parte ORDER Dismissing Case for Inadequate Filing. This matter comes before the Court on the Chapter 13 Trustee's Ex Parte Application for Order Dismissing Case for Failure to File Schedules, Statements, Lists, or Plan. The debtor(s) having received notice of dismissal for failure to timely file required schedules, statements, lists and/or plan, this case is dismissed pursuant to Local Bankruptcy Rule 1017−1(c) and Fed. R. Bankr. P. 3015(b) for the debtor(s)'s failure to timely file schedules, statements, lists and/or chapter 13 plan. Hereby ordered by Judge Timothy W Dore. This Notice of Electronic Filing is the Official ORDER for this entry.**

Any unpaid fees in a dismissed case are due and owing to the Clerk of the Bankruptcy Court.

Dated: March 18, 2015

Mark L. Hatcher
Clerk, U.S. Bankruptcy Court